Dismissed and Memorandum Opinion filed June 5, 2003














Dismissed and
Memorandum Opinion filed June 5, 2003.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-00598-CV

____________

 

ITIS INC. f/k/a INTERNET LAW LIBRARY and GOVERNET AFFAIRS, INC.,
Appellants

 

V.

 

DONALD KELLAM and HUNTER CAPITAL GROUP, L.L.C., Appellees

 

____________________________________________

 

On Appeal from the 234th District Court

Harris County, Texas

Trial Court Cause No. 02-16055

 

____________________________________________

 

M E M O R A
N D U M   O P I N I O N

            This is an appeal from a final
judgment signed February
 12, 2003.  Appellants
timely filed a motion for new trial, which was overruled by operation of
law.  Appellants then filed their notice
of appeal and a motion for extension of time to file the notice of appeal.  On May 27, 2003, the day before its plenary power expired, the trial
court signed an order granting a new trial and vacating the judgment that is
the subject of this appeal.  See Tex.
R. Civ. P. 329b(e); In re Luster, 77 S.W.3d 331, 335 n.1.
(Tex. App.—Houston [14th
Dist.] 2002, orig. proceeding) (noting trial court’s
power to grant a motion for new trial within 30 days after it has been
overruled, but not to “ungrant” such a motion more
than 75 days after it was filed).  

            On May 28, 2003, appellants filed a motion to
dismiss the appeal because it has been rendered moot.  See Tex. R. App. P. 42.1.  The motion is granted.  Appellants’ motion for extension of time to
file their notice of appeal is also denied as moot.

            Accordingly, the appeal is ordered
dismissed.

 

                                                                                    PER
CURIAM

 

Judgment rendered and
Memorandum Opinion filed June 5, 2003.

Panel consists of Chief
Justice Brister and Justices Fowler and Edelman.